AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

16 U.S.C. § 3372(a)(2)(A) and 16 U.S.C. § 3373(d)(2) - Transport of Wildlife in Violation of State Law (Class A Misdemeanor).

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Sentence of One Year
Maximum Fine of $100,000
Maximum supervised release term of One Year
Mandatory special assessment of $25

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ BRADLEY CALVIN SAYLOR

**DISTRICT COURT NUMBER**
CR 08 0428 MAG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Fish and Wildlife

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY THOMAS

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

*E-filing*

FILED
JUN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY CALVIN SAYLOR,<br><br>Defendant. | CR 08   0428<br><br>VIOLATION: 16 U.S.C. § 3372(a)(2)(A) - Transport of Wildlife in Violation of State Law (Class A Misdemeanor); and 16 U.S.C. § 3373(d)(2)<br><br>SAN FRANCISCO VENUE |

INFORMATION

INTRODUCTION

The United States Attorney charges that, at all times material to this Information:

1. Defendant BRADLEY CALVIN SAYLOR was the co-owner and operator of Golden State Bait, a California aquaculture transportation company.

2. The California Code of Regulations, 14 C.C.R. § 671, makes it unlawful to import, transport, or possess live restricted animals, except under permit issued by the Department of Fish and Game. 14 C.C.R. § 671(a).

3. The restricted species include *Aristichthys nobilis* ("Bighead Carp"). 14 C.C.R. § 671(c)(5)(J)(4).

4. Defendant BRADLEY SAYLOR did not obtain a permit to import, transport, or possess

INFORMATION

1 | live Bighead Carp in California.

2 | 5. The Lacey Act Amendments of 1988 ("Lacey Act"), 16 U.S.C. §§ 3371-3378, make it unlawful, among other things, for any person to sell, purchase, transport, receive, or acquire in interstate commerce any fish or wildlife taken, possessed, transported, or sold in violation of any law or regulation of any state.  16 U.S.C. § 3372(a)(2)(A).

6 | 6. Pursuant to the Lacey Act, the term "fish or wildlife" means "any wild animal, whether alive or dead, including without limitation any wild mammal, bird, reptile, amphibian, fish, mollusk, crustacean, arthropod, coelenterate, or other invertebrate, whether or not bred, hatched, or born in captivity, and includes any part, product, egg, or offspring thereof."  16 U.S.C. § 3371(a).

COUNT ONE: 16 U.S.C. § 3372(a)(2)(A) - Transport of Wildlife in Violation of State Law

On or about November 29, 2006, in the Northern District of California and elsewhere, the defendant,

BRADLEY CALVIN SAYLOR,

did knowingly transport, sell, receive, and acquire fish, in that, on or about the above mentioned date, the Defendant did knowingly sell and cause to be transported in interstate commerce from Arkansas to California, approximately 2070 pounds of the species *Aristichthys nobilis*, commonly known as Bighead Carp, knowing that said fish had been possessed in violation of, and in a manner unlawful under, the laws and regulations of California, specifically, Title 14,

//
//
//
//
//
//
//
//

California Code of Regulation Section 671(c)(5)(J)(4), all in violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(2), a Class A Misdemeanor.

DATED: June 30, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney