JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6809
    Fax:    (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0428 MAG |
|     Plaintiff, ) | |
| v. ) | **DECLARATION OF CAROL PERRY IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| BRADLEY CALVIN SAYLOR, ) | |
|     Defendant. ) | |

I, Carol Perry, hereby declare as follows:

1. I am a law clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from speaking to officers and agents and reviewing reports and other documents provided to me by the California Department of Fish and Game and the Fish and Wildlife Service.

2. On November 28, 2006, the California Department of Fish and Game received an anonymous "Caltip" regarding shipment of live Bighead Carp delivered to the 1100 block of Stockton Street in San Francisco.

3. On November 29, 2006, in response to this Caltip, Fish and Game Wardens Morton ("Morton") and Johnson ("Johnson") parked in the 1000 block of Stockton Street in an un-

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0428 MAG

marked Department of Fish and Game vehicle.

4. At approximately 7:15 a.m., Morton and Johnson witnessed a white flatbed truck containing live well fish tanks pull up in front of New Lun Wah, LLC. The store owner, later identified as Paul Lee ("Lee"), approached the truck and the two men in the truck, later identified as Bradley Saylor ("defendant") and Nicholas Wissert, began pulling the fish from the live wells on the truck with a net. Morton and Johnson witnessed the fish splashing water and jumping out of the tanks, and then being taken into the building by Lee and the defendant.

5. At approximately 7:20 a.m., Morton and Johnson approached this activity, asking the defendant what kind of fish they were delivering. The defendant replied, "Bighead Carp."

6. Johnson obtained the defendant's invoice #002367, which shows 2070 pounds of "Bighead - dead" were ordered by "New Lun Wah - Paul" for a total of $3,105.00. The defendant confirmed that approximately 2070 pounds of live Carp were being delivered.

7. On November 30, 2006, Morton, Johnson, and Lieutenant Don Richardson contacted the defendant, requesting to see the defendant's permits. None of the permits indicate that the defendant is allowed to possess live Bighead Carp, and the defendant stated that he does not have such a permit.

8. The California Code of Regulations, 14 C.C.R. §671, makes it unlawful to import, transport, or possess live restricted animals, except under permit issued by the Department of Fish and Game. 14 C.C.R. § 671(a).

9. The restricted species include *Aristichthys nobilis* ("Bighead Carp"). 14 C.C.R. §671(c)(5)(J)(4).

//
//
//
//
//
//
//

10. I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed July 11, 2008, at San Francisco, California.

                                        /s/
CAROL PERRY
Law Clerk
United States Attorney's Office