1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0428 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| BRADLEY CALVIN SAYLOR, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Carol Perry, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Bradley Calvin Saylor, 4320 E. Sandy Mush Rd., Merced, CA 95430, to appear on July 31, 2008, at 9:30 a.m. before Magistrate Judge Maria-Elena James to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____    _____
                                  MARIA-ELENA JAMES
                                  United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0428 MAG