1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

**FILED**
JUL 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0428 MAG |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER FOR SUMMONS |
| BRADLEY CALVIN SAYLOR, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Carol Perry, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Bradley Calvin Saylor, ████████████████████████████ to appear on July 31, 2008, at 9:30 a.m. before Magistrate Judge Maria-Elena James to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 7-14-08

MARIA-ELENA JAMES
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0428 MAG