1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California  94102
        Telephone:  (415) 436-6809
7       Fax:  (415) 436-7234
        Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )    CR No.: 08-0428 MAG
14                                  )
                                    )
15          Plaintiff,               )    STIPULATION AND [PROPOSED]
                                    )    ORDER EXCLUDING TIME
16          v.                      )
                                    )
17 BRADLEY CALVIN SAYLOR,           )
                                    )
18                                  )
            Defendant.              )
19 _____ )

20

21     On July 31, 2008, the parties in this case appeared before the Honorable Maria-Elena James

22 for an initial appearance.  At that time, the parties stipulated that time should be excluded from

23 the Speedy Trial Act calculation from July 31, 2008 to September 29, 2008 for deferral of

24 prosecution.  The parties represented that granting the exclusion was reasonable taking into

25 account the time necessary for the defendant to be evaluated for eligibility for Pretrial Diversion.

26 See 18 U.S.C. § 3161(h)(2).  The parties also agreed that the ends of justice served by granting

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
CR. 08-0428 MAG

1 such a continuance outweighed the best interests of the public and the defendant in a speedy
2 trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

DATED: 7/31/08                       /s/
                                              WENDY THOMAS
                                              Special Assistant United States Attorney

DATED: 7/31/08                       /s/
                                              RON TYLER
                                              Attorney for Mr. Saylor

12     As the Court found on July 31, 2008, and for the reasons stated above, the Court finds that an
13 exclusion of time between July 31, 2008, and September 29, 2008, is warranted and that the ends
14 of justice served by the continuance outweigh the best interests of the public and the defendant in
15 a speedy trial. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance
16 would deny counsel the ability to defer prosecution. See 18 U.S.C. §3161(h)(2).

SO ORDERED.

DATED:_____                 _____
                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR. 08-0428 MAG