JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BRADLEY CALVIN SAYLOR,<br><br>        Defendant. | CR No.: 08-0428 MAG<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME |

    On July 31, 2008, the parties in this case appeared before the Honorable Maria-Elena James for an initial appearance. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from July 31, 2008 to September 29, 2008 for deferral of prosecution. The parties represented that granting the exclusion was reasonable taking into account the time necessary for the defendant to be evaluated for eligibility for Pretrial Diversion. See 18 U.S.C. § 3161(h)(2). The parties also agreed that the ends of justice served by granting

//

//

1  such a continuance outweighed the best interests of the public and the defendant in a speedy
2  trial. See 18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

5                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney

7  DATED: 7/31/08                                        /s/
                                                WENDY THOMAS
8                                               Special Assistant United States Attorney

9  DATED: 7/31/08                                        /s/
10                                              RON TYLER
                                                Attorney for Mr. Saylor

12     As the Court found on July 31, 2008, and for the reasons stated above, the Court finds that an
13 exclusion of time between July 31, 2008, and September 29, 2008, is warranted and that the ends
14 of justice served by the continuance outweigh the best interests of the public and the defendant in
15 a speedy trial. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance
16 would deny counsel the ability to defer prosecution. See 18 U.S.C. §3161(h)(2).

18 SO ORDERED.
19 DATED: 8/18/08                        _____
                                         MARIA-ELENA JAMES
20                                       United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR. 08-0428 MAG