**FILED**

SEP 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  No. CR 08-0428 MAG |
| Plaintiff, | ) |
| vs. | )  STIPULATION AND ORDER |
| BRADLEY CALVIN SAYLOR, | )  CONTINUING HEARING AND EXCLUDING TIME |
| Defendant. | ) |

## STIPULATION

This matter was previously set for a hearing on September 29, 2008 regarding the status of deferral of prosecution. The evaluation of the defendant's eligibility for pretrial diversion is still in progress and will not be complete by September 29, 2008. Accordingly, the parties agree to continue the hearing in the above-captioned matter from September 29, 2008 until November 3, 2008 at 9:30 a.m. The parties request that time be excluded under the Speedy Trial Act based upon the need to complete the process of evaluation for pretrial diversion. *See* 18 U.S.C. § 3161 (h)(2).

It is so stipulated.

DATED: September 15, 2008

/s/
RONALD TYLER
Assistant Federal Public Defender
Counsel for Bradley Saylor

DATED: September 15, 2008

/s/
WENDY THOMAS
Assistant United States Attorney

STIP & ORDER CONTINUING
HEARING
*United States v. Saylor*
CR 08-0428 MAG

- 1 -

1 **ORDER**

2 The Court finds as follows:

3 The ends of justice are served by granting the requested continuance, given that failure to do so

4 would deny the defendant the opportunity to seek deferral of prosecution. The aforementioned ends

5 of justice outweigh the best interest of the public and the defendant in a speedy trial.

6 Accordingly, this matter is continued until November 3, 2008 at 9:30 a.m. Pursuant to the

7 Speedy Trial Act, Title 18 United States Code §§3161(h)(2) and 3161(h)(8)(A), the period from

8 September 29, 2008 until November 3, 2008 is excluded in computing the time within which the trial

9 of this matter must commence.

10 IT IS SO ORDERED.

11

12 DATED:

13 Sept 18, 2008

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26 STIP & ORDER CONTINUING
HEARING
*United States v. Saylor*
CR 08-0428 MAG                                          **- 2 -**