1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234
       Email:    Acadia.Senese@usdoj.gov
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,       )  No. CR 08-0428 MEJ
                                     )
15 |      Plaintiff,                 )
                                     )  **MOTION AND [PROPOSED] ORDER**
16 |   v.                            )  **TO DISMISS INFORMATION**
                                     )
17 | BRADLEY C. SAYLOR,              )
                                     )
18 |      Defendant.                 )
   |_____    )
19

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
21 United States Attorney for the Northern District of California moves to dismiss the above
22 Information with prejudice. The government has been informed by United States Pretrial
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Motion and [Proposed] Order to Dismiss Information
CR 08-0428 MEJ

1  Services Officer Allen Lew that the defendant has successfully completed pretrial diversion.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 2/10/2010

/s/
ACADIA L. SENESE
Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

Dated: 2/11/10

MARIA-ELENA JAMES
United States Magistrate Judge

Motion and [Proposed] Order to Dismiss Information
CR 08-0428 MEJ                           2